PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURI A. JOHNSON, | ) | |
| | ) | CASE NO. 1:23-CV-977 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 14] |

On January 19, 2024, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision denying Plaintiff's applications for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income be affirmed in part and vacated and remanded. See ECF No. 14.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by February 2, 2024. None of the parties of have filed any objections. Accordingly, the Court adopts the

(1:23-CV-977)

Report and Recommendation.  ECF No. 14.  The Commissioner's decision denying Plaintiff's applications for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income is affirmed in part and vacated and remanded.  A separate Order of Remand shall issue.

    IT IS SO ORDERED.

| | |
|---|---|
| February 18, 2024 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |